IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLIFFORD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 17-63-SCW |
| | ) |
| OFFICER ADAMSON, OFFICER BANGERT, OFFICER JOHNSON and UNKNOWN PARTY, Nurse Jane Doe, Lawrence CC, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

UNKNOWN PARTY, Nurse Jane Doe, Lawrence CC was dismissed with prejudice on March 6, 2011 by an Order entered by Judge David R. Herndon (Doc. 11).

Plaintiff's claims against Defendants OFFICER ADAMSON, OFFICER BANGERT and OFFICER JOHNSON were dismissed with prejudice by and Order entered by Magistrate Judge Stephen C. Williams on August 28, 2017 (Doc. 38).

**THEREFORE,** judgment is entered in favor of Defendants **OFFICER ADAMSON, OFFICER BANGERT** and **UNKNOWN PARTY Nurse Jane Doe, Lawrence CC** and against Plaintiff **CLIFFORD JONES.**

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 31st day of August, 2017

JUSTINE FLANAGAN, ACTING CLERK

BY: */s/ Angela Vehlewald*
Deputy Clerk

Approved by  */s/ Stephen C. Williams*
United States Magistrate Judge
Stephen C. Williams